# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

[Mark C. Snyder 1:21-cv-02806-RLY-TAB]

## **PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Plaintiff Mark C. Snyder, by and through his adult mother, Shirley Snyder and his attorneys Rueb Stoller Daniel, LLP and hereby moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Shirley Snyder as representative of the Estate of Mark C. Snyder in this matter in place of Mark C. Snyder in the above captioned action. As grounds therefore, plaintiff states as follows:

1. On April 4, 2024, plaintiff Mark C. Snyder passed away.
2. Shirley Snyder is the adult mother and representative of the estate of the deceased Plaintiff.
3. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
4. Notice of Death was provided on October 10, 2024.  *See* MDL Dkt.  #26128.

WHEREFORE, Plaintiff respectfully requests that this Court allow the substitution of Shirley Snyder as representative of the Estate of Mark C. Snyder in this matter in place of deceased Plaintiff Mark C. Snyder.

Dated: January 7, 2025   Respectfully submitted,

*Mark C. Snyder*
Deceased Plaintiff

By his attorneys,

*/s/Matthew R. Lopez*

*/s/ Matthew R. Lopez*
Matthew R. Lopez
*(Admitted Pro Hac Vice, CA Bar No. 263134)*
RUEB STOLLER DANIEL, LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
Telephone: 949-691-1532
Fax: (855) 203-2035
matt.lopez@lawrsd.com
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

      I, Matthew R Lopez , hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on January 7, 2025.

                                                      */s/ Matthew R. Lopez*  
                                                      Matthew R. Lopez