**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Mark C. Snyder 1:21-cv-02806-RLY-TAB*

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Substitution of Party, and upon good cause shown, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Shirley Snyder, as the representative of the Estate of Mark C. Snyder in this matter, in place of the deceased Plaintiff Mark C. Snyder in the instant case.

So ordered this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE