# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Mark C. Snyder 1:21-cv-02806-RLY-TAB*

## ORDER

The Court has considered the Plaintiff's Motion to Substitute Party, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26380.]

IT IS THEREFORE ORDERED that Shirley Snyder as representative of the Estate of Mark C. Snyder shall be substituted for Plaintiff in the above referenced action.

Date: 2/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.